| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | CASE NUMBER *(Tran. Court)* 2:12CR00129-01 |
|---|---|---|---|
| | | | CASE NUMBER *(Rec. Court)* |
| NAME AND ADDRESS OF SUPERVISED RELEASEE: Edward Bartle, Jr. 3519 Westminster Dr. Greenacres, FL 33463 | DISTRICT Eastern District of Pennsylvania | | DIVISION |
| | NAME OF SENTENCING JUDGE The Honorable John R. Padova | | |
| | DATES OF SUPERVISED RELEASE: | FROM October 10, 2014 | TO October 9, 2022 |

**OFFENSE**

Possession with intent to distribute 5 grams or more of methamphetamine (Count One)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.\*

1/20/15

_Date_                                                   _United States District Judge_

\*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Southern District of Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

2/17/15

_Effective Date_                                        _United States District Judge_